**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 540 MAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
RONALD JOSEPH CURLEY, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.